# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DARNELL BLACK, SR.,<br><br>Plaintiff,<br><br>v.<br><br>R. CAPUTO, et al.,<br><br>Defendants. | Case No. CV 18-00793-RGK (RAO)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that Plaintiff's Second Amended Complaint is DISMISSED with prejudice, and this action is dismissed.

DATE: January 21, 2020

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE